IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00105-BNB

NORBERTO PEREZ AROCHO,

    Plaintiff,

v.

BUREAU OF PRISONS,
S. NAFZIGER, M.D., Clinical Director, and
RON WILEY, The Warden – U.S.P. ADX,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2008

GREGORY C. LANGHAM
                CLERK

---

ORDER OF DISMISSAL

---

Plaintiff Norberto Perez Arocho initiated this action by filing *pro se* a Motion for Writ of Mandamus. In an order filed on January 16, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Arocho to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland directed Mr. Arocho to file a Prisoner Complaint and either to pay the filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Arocho was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On January 31, 2008, Mr. Arocho filed a letter to the Court. On February 14, 2008, he filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On February 20, 2008, he filed another Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. However, Mr. Arocho has not filed

a Prisoner Complaint in this action. Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies. Accordingly, it is

ORDERED that the Motion for Writ of Mandamus is denied and the action is dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on February 14, 2008, and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on February 20, 2008, are denied as moot.

DATED at Denver, Colorado, this 26 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00105-BNB

Norberto Perez Arocho
Reg. No. 39959-066
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/26/08

                          GREGORY C. LANGHAM, CLERK

                    By: _____
                                Deputy Clerk