IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00105-ZLW

NORBERTO PEREZ AROCHO,

Plaintiff,

v.

BUREAU OF PRISONS,
S. NAFZIGER, M.D., Clinical Director, and
RON WILEY, The Warden – U.S.P. ADX,

Defendants.

---

### ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff Norberto Perez Arocho has filed *pro se* on March 10, 2008, a "Motion for Consolidation of Civil Actions Under 28 U.S.C. 1331 and Reconsideration for Writ of Mandamus Pursuant to 28 U.S.C. 1361." Mr. Arocho asks the Court to reconsider and vacate the Court's Order of Dismissal filed in this action on February 26, 2008, and to consolidate this action with another case he currently has pending in this Court. *See Arocho v. Lappin*, No. 07-cv-02603-BNB (D. Colo. filed December 14, 2007). The Court must construe the motion liberally because Mr. Arocho is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2008

GREGORY C. LANGHAM
CLERK

judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). The Judgment in this action was entered on February 26, 2008. Mr. Arocho filed the motion to reconsider within ten days after the Judgment was entered. *See* Fed. R. Civ. P. 6(a) (time periods of less than eleven days exclude intervening Saturdays, Sundays, and legal holidays). Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court dismissed the instant action without prejudice because Mr. Arocho failed to cure the deficiencies. More specifically, Mr. Arocho failed to file a complaint in this action. Although Mr. Arocho now has filed a motion asking the Court to reconsider the dismissal of this action and to consolidate his two cases, he alleges in the motion to reconsider that he wishes to pursue only the claims he is raising in case number 07-cv-02603-BNB. Therefore, because Mr. Arocho apparently has no intention of pursuing whatever claims he intended to raise in this action, the motion to reconsider and to consolidate will be denied. Accordingly, it is

ORDERED that the "Motion for Consolidation of Civil Actions Under 28 U.S.C. 1331 and Reconsideration for Writ of Mandamus Pursuant to 28 U.S.C. 1361" filed on March 10, 2008, is denied.

DATED at Denver, Colorado, this 27 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00105-BNB

Norberto Perez Arocho
Prisoner No. 39959-066
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/28/8

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk